UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OFIDIO BONILLA (a/k/a JUAN CALDERON)           **JUDGMENT IN A CIVIL CASE**
                                                CV-01-3988 (SJF)
              Plaintiff,

   -against-

JOHN JARONCZYK, Corrections Officer,
Shield #341; FRANK CAMIDGE, Corrections
Officer, Shield #2394; JOSEPH RAZZANO,
Corrections Officer, Shield #2298; and BRIAN
SULLIVAN, Corrections Officer, Shield #2103,

              Defendants.
------------------------------------------------------------X
FEUERSTEIN, J.

 X    JURY VERDICT.    This action came before the Court and a jury with the judicial officer named above presiding.  The issues have been tried and the jury has rendered its verdict.

      DECISION BY COURT.    This action came to trial or hearing before the Court with the judge named above presiding.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    The Jury having found for the defendants;

    Judgment is entered in favor of the defendants and against the plaintiff.

Dated: Long Island, NY
      March 3, 2008                                 ROBERT C. HEINEMANN
                                                  Clerk of the Court

                                   By:          /s/
                                           Bryan Morabito
                                           Deputy Clerk